# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0512
Lower Tribunal No. 2022-CF-007807

_____

JOSEPH R. MILLS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Susan L. Barber, Judge.

March 20, 2026

PER CURIAM.

AFFIRMED. *See Avalos v. State*, 419 So. 3d 299 (Fla. 6th DCA 2025).

NARDELLA, WOZNIAK and WHITE, JJ., concur.


Blair Allen, Public Defender, and Brett S. Chase, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED